## ANDREWS VAN LINES, INC., ET AL. *v.* UNITED STATES ET AL.

No. 438.   Decided November 8, 1965.

*J. Max Harding* for appellants.

*Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel, Gerald Kadish, Robert W. Ginnane* and *Thomas H. Ploss* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE STEWART is of the opinion that probable jurisdiction should be noted.

## McGEE *v.* CROUSE, WARDEN.

No. 550, Misc.   Decided November 8, 1965.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.